United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MATTHEW K. SCHULTZ, an individual doing ) <br> business as CALCEUS; NPS SHOES LTD., a ) <br> British Limited Company; and DOES 1-50, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 13-CV-01190-LHK <br><br> ORDER TO SERVE DEFENDANTS <br> AND FILE STATUS REPORT |

Plaintiff filed the complaint in this action on March 18, 2013. ECF No. 1. The complaint does not appear to have been served on the Defendants and Defendants have not filed any notice of appearance. Federal Rule of Civil Procedure 4(m) states: "Time Limit for Service. If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Plaintiff is hereby ordered to serve the Defendants and file Plaintiff's certificate of service by April 17, 2014.  The parties are also ordered to file separate status reports concerning the status of this case by April 21, 2014 at noon. Should the Plaintiff fail to file a status report by April 21, 2014 or serve Defendants and file

1

Case No.: 13-CV-01190-LHK
ORDER TO SERVE DEFENDANTS AND TO FILE STATUS REPORT

1  Plaintiff's certificate of service by April 17, 2014, this case will be dismissed with prejudice for
2  failure to prosecute.

4  **IT IS SO ORDERED.**

6  Dated: April 10, 2014



LUCY H. KOH
United States District Judge

2
Case No.: 13-CV-01190-LHK
ORDER TO SERVE DEFENDANTS AND TO FILE STATUS REPORT