1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD, ) | Case No.: 13-CV-01190-LHK |
| ) | |
| Plaintiff, ) | ORDER SETTING CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| MATTHEW K. SCHULTZ, an individual doing ) | |
| business as CALCEUS; NPS SHOES LTD., a ) | |
| British Limited Company; and DOES 1-50, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court sets a Case Management Conference for July 30, 2014 at 2:00 p.m. The parties must file a Joint Case Management Statement 7 days in advance of the Case Management Conference as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). No further continuances of the case management conference will be granted.

**IT IS SO ORDERED.**

Dated: April 22, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01190-LHK
ORDER SETTING CASE MANAGEMENT CONFERENCE