United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD, ) | Case No.: 13-CV-01190-LHK |
| ) | |
| Plaintiff, ) | ORDER REOPENING CASE |
| v. ) | |
| ) | |
| MATTHEW K. SCHULTZ, an individual doing ) business as CALCEUS; NPS SHOES LTD., a ) British Limited Company; and DOES 1-50, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On July 7, 2014, this Court granted the motion by Airwair International, LTD and Matthew Schultz to enter a consent judgment and permanent injunction. ECF No. 20. The Court erred by instructing the Clerk to close the case file in that order because Defendant NPS Shoes LTD's liability is still pending in this case. *Id.* The Clerk is now ordered to open the case file.

**IT IS SO ORDERED.**

Dated: July 16, 2014

_____
LUCY H. KOH
United States District Judge