UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIRWATER INTERNATIONAL Ltd.,<br><br>                Plaintiff,<br>    v.<br>SCHULTZ et al.,<br><br>                Defendants. | Case No.: 5:13-CV-01190<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for September 25, 2014, as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The parties are hereby ORDERED to file one Joint Case Management Statement by Tuesday, September 23, 2014, at noon.

**IT IS SO ORDERED.**

Dated: September 19, 2014

_____
LUCY H. KOH
United States District Judge