UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>               Plaintiff,<br>   v.<br><br>MATTHEW K. SHULTZ, an individual doing business as CALCEUS, a fictitious business name; NPS (SHOES) LTD., a British Limited Company; and DOES 1-50,<br><br>               Defendants. | Case No.: 13-CV-01190-LHK<br><br>AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to the parties' Joint Case Management Statement, ECF No. 37, and in light of the fact that the Court will hear Defendants' pending motion to dismiss on November 13, 2014, the case management conference set for September 25, 2014 has been continued to and consolidated with Defendants' motion to dismiss hearing on November 13, 2014, at 1:30 p.m.  The parties shall file a supplemental joint case management statement by November 6, 2014.

**IT IS SO ORDERED.**

Dated: October 16, 2014

                                                                         _____<br>
                                                                         LUCY H. KOH<br>
                                                                         United States District Judge