1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE DIVISION

11  AIRWAIR INTERNATIONAL LTD., a          )   Case No.: 13-CV-01190-LHK
    company of the United Kingdom,          )
12                                          )
                            Plaintiff,      )   CASE MANAGEMENT ORDER
13          v.                              )
                                            )
14  MATTHEW K. SCHULTZ, an individual doing )
    business as CALCEUS, a fictitious business )
15  name; NPS (SHOES) LTD., a British Limited )
    Company; and DOES 1-50,                 )
16                                          )
                            Defendant.      )
17  _____)

18

19  Plaintiff's Attorneys: Stephanie Blazewicz; Marcy Bergman
    Defendant's Attorneys: John Buche; Lindsay Molnar

20

21          A case management conference was held on November 13, 2014. **A further case
    management conference is set for March 18, 2015, at 2:00 p.m.[1] Pursuant to Civil Local Rule
22  16-10(d), the parties shall file a joint case management statement ("JCMS") by March 11,
    2015.**

23          The parties are hereby referred to private mediation. The deadline to complete private
    mediation is 90 days from the date of this order. Defendant's request to stay discovery pending the
24  completion of mediation is denied.

25          The parties are hereby referred to Judge Lloyd for issues relating to discovery. The
    discovery limits set by the Federal Rules of Civil Procedure shall govern this case.

26          The parties shall file a stipulated protective order by December 10, 2014.

27          The Court set the following case schedule:

28  _____
    [1] The Court did not set the March 18, 2015 further case management conference at the November
    13, 2014 case management conference.

Case No.: 13-CV-01190-LHK
CASE MANAGEMENT ORDER

LAST DAY TO EXCHANGE INITIAL DISCLOSURES is November 25, 2014.

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is December 5, 2014.

FACT DISCOVERY CUTOFF is April 10, 2015

EXPERT DISCOVERY:

      Opening Reports:     May 1, 2015
      Rebuttal Reports:    May 22, 2015
      Cutoff:             June 12, 2015

DISPOSITIVE MOTIONS shall be filed by July 2, 2015 and set for hearing no later than August 6, 2015, at 1:30 p.m.  Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE is October 8, 2015 at 1:30 p.m.

JURY TRIAL: October 19, 2015, at 9:00 a.m. in Courtroom 8, 4th floor

ESTIMATED LENGTH OF TRIAL: 5 days

**IT IS SO ORDERED.**

Dated: November 13, 2014

LUCY H. Koh
United States District Judge

Case No.: 13-CV-01190-LHK
CASE MANAGEMENT ORDER

United States District Court
For the Northern District of California