United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD.,<br><br>   Plaintiff,<br><br>  v.<br><br>MATTHEW K. SCHULTZ, et al.,<br><br>   Defendants. | Case No.:13-CV-01190-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

  The case management conference, currently scheduled for March 26, 2015 at 1:30 p.m., is hereby CONTINUED to April 8, 2015, at 2 p.m. The parties' request to vacate all case deadlines including trial is DENIED. The parties shall file their stipulation of dismissal by March 31, 2015.

**IT IS SO ORDERED.**

Dated: March 24, 2015

                _____
                LUCY H. KOH
                United States District Judge