**BRYAN CAVE LLP**
Marcy J. Bergman, California Bar No. 75826
Stephanie A. Blazewicz, California Bar No. 240359
Robert J. Esposito, California Bar No. 267031
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:       marcy.bergman@bryancave.com
             stephanie.blazewicz@bryancave.com
             robert.esposito@bryancave.com
Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

**BUCHE & ASSOCIATES, P.C.**
John Karl Buche, California Bar No. 239477
Lindsay D. Molnar, California Bar No. 275156
875 Prospect, Suite 305
La Jolla, California 92037
Telephone:   (858) 459-9111
Facsimile:   (858) 459-9120
Email:       jbuche@buchelaw.com
             lmolnar@buchelaw.com
Attorneys for Defendant NPS (SHOES) LTD.

*IT IS SO ORDERED*
*Lucy H. Koh*
*Judge Lucy H. Koh*

The Clerk shall close the case file.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW K. SCHULTZ, an individual doing business as CALCEUS, a fictitious business name; CALCEUS LLC, a California limited liability company; NPS (SHOES) LTD., a British Limited Company; and DOES 2–50,<br><br>Defendants.<br><br>And related Counterclaim | Case No. 13-cv-01190-LHK<br>Honorable Lucy H. Koh<br><br>**JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>[FRCP 41(a)(1)(A)(ii)]<br><br>Action Filed: March 18, 2013<br>Trial Date: October 19, 2015 |

1
**JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**
241553.1

## JOINT STIPULATION FOR DISMISSAL

Plaintiff AIRWAIR INTERNATIONAL LTD. and Defendant NPS (SHOES) LTD., by and through their attorneys of record, hereby stipulate to dismiss all claims in the First Amended Complaint (Dkt. 28) and all counterclaims in the Counterclaim (Dkt. 49) in this action, with prejudice, each party to bear its own respective costs and attorneys' fees.

Defendants MATTHEW K. SCHULTZ d/b/a CALCEUS and CALCEUS LLC are not parties to this stipulation because judgment has already been entered against them. (Dkt. 32).

Respectfully submitted,

Dated: April 8, 2015    **BRYAN CAVE LLP**

By:  *s/ Marcy J. Bergman*
Marcy J. Bergman
Stephanie A. Blazewicz
Robert J. Esposito
Attorneys for Plaintiff
AIRWAIR INTERNATIONAL LTD.

Dated:  April 8, 2015    **BUCHE & ASSOCIATES, P.C.**

By:  *s/ Lindsay D. Molnar*
Lindsay D. Molnar
John Buche
Attorneys for Defendant
NPS (SHOES) LTD.

I hereby attest that the content of this documents has been approved by all parties indicated by a conformed signature (/S/) within this e-filed document.

/s/ Robert J. Esposito